# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-2638

_____

United States of America,          *
                                   *
            Appellee,              *
                                   *
      v.                           *    Appeal from the United States
                                   *    District Court for the
J. Jesus Tello-Martinez            *    Western District of Missouri.
                                   *
            Appellant.             *    [UNPUBLISHED]

_____

Submitted: June 3, 2008
Filed: June 6, 2008

_____

Before WOLLMAN, RILEY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

       J. Jesus Tello-Martinez appeals the 77-month prison sentence the district court[1] imposed after he pleaded guilty to being an alien found unlawfully present in the United States after having been previously removed, in violation of 8 U.S.C. § 1326(a), (b)(2). His counsel has moved to withdraw and filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that the sentence is unreasonable.

_____

       [1]The Honorable Fernando J. Gaitan, Jr., Chief Judge, United States District Court for the Western District of Missouri.

We conclude that the within-Guidelines-range sentence is not unreasonable, because nothing in the record indicates the district court overlooked a relevant factor, gave significant weight to an improper factor, or made a clear error of judgment in weighing appropriate factors.  See Rita v. United States, 127 S. Ct. 2456, 2462-68 (2007) (allowing appellate presumption of reasonableness); United States v. Haack, 403 F.3d 997, 1003-04 (8th Cir. 2005) (reasonableness factors).

After reviewing the record independently under Penson v. Ohio, 488 U.S. 75, 80 (1988), we find no nonfrivolous issues.  Accordingly, we grant counsel leave to withdraw, and we affirm the district court's judgment.

_____